United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-10227-elf

Patricia Cahill                                                                                Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 2

Date Rcvd: Mar 03, 2022                    Form ID: 138OBJ                              Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Cahill, 1 Westview Drive, Coatesville, PA 19320-1249 |
| 14512563 | | BANK OF AMERICA, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14560221 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14512689 | | Bank of America, c/o Thomas Song, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14451502 | | Bank of America, Attn: Bankruptcy, NC4-105-03-14 POB 26012, Greensboro, NC 27420 |
| 14451501 | + | Bank of America, 400 Delaware Ave, Wilmington, DE 19801-1508 |
| 14479060 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14451508 | + | Paul Cahill, 1 Westview Farm, Coatesville, PA 19320-1249 |
| 14451510 | | Phelan Hallinan Diamond & Jones LLP, 1617 JKF Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14477638 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14451512 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 03 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14451503 | + | Email/Text: steve@bottiglierilaw.com | Mar 03 2022 23:50:00 | Bottiglieri Law, LLC, Stephen V. Bottiglieri, Esquire, 66 Euclid Street, Woodbury, NJ 08096-4626 |
| 14451504 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 03 2022 23:50:00 | Comenitycapital/goodsa, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14451505 | | Email/Text: mrdiscen@discover.com | Mar 03 2022 23:49:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14451506 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2022 23:50:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14451509 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 14451511 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 03 2022 23:50:00 | US Trustee, Custom House, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |

TOTAL: 9

District/off: 0313-2                                          User: admin                                                    Page 2 of 2
Date Rcvd: Mar 03, 2022                               Form ID: 138OBJ                                       Total Noticed: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14451507 | *+ | Patricia Cahill, 1 Westview Drive, Coatesville, PA 19320-1249 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Debtor Patricia Cahill steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| THOMAS SONG | on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Patricia Cahill

         Debtor(s)

Case No: 20−10227−elf

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/3/22

32 − 31
Form 138OBJ